UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Juan Humberto Castillo Alvarez, | Civil No. 10-4263 (PAM/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| Sherry E. Haley, acting as Jackson County Attorney, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Jeanne J. Graham dated February 9, 2011. In the R&R, Magistrate Judge Graham reviewed Plaintiff's Complaint seeking relief under 42 U.S.C. § 1983 (Docket No. 1), and amended application to proceed in forma pauperis (Docket No. 4), pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1. The Magistrate Judge's review satisfies this Court's initial screening function under 28 U.S.C. § 1915A. Plaintiff has failed to file objections to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 7).

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Report and Recommendation (Docket No. 7) is **ADOPTED**;

2. Plaintiff's Amended Application to Proceed in forma pauperis (Docket No. 4) is **DENIED**;

3. This action is summarily **DISMISSED WITH PREJUDICE** pursuant to 28

    U.S.C. § 1915A(b)(2);

4.     Plaintiff is required to pay the unpaid balance of the filing fee, namely $332.00, in accordance with 28 U.S.C. § 1915(b)(2); and

5.     The dismissal of this action is counted as a "strike" against Plaintiff for purposes of 28 U.S.C. § 1915(g).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: <u>Monday, March 7, 2011</u>

                                          *s/ Paul A. Magnuson*
                                          Paul A. Magnuson
                                          United States District Court Judge